In the Matter of MARTIN SEIFERTH, JR., an Infant, et al., Appellants. WILLIAM E. MOSHER, as Deputy Commissioner of Health for Erie County Health Department, Respondent.

Submitted April 11, 1955; decided April 14, 1955.

*Whitney W. Gilbert* for motion.

*Elmer R. Weil, County Attorney (George M. Nelson* of counsel), for respondent.

Motion granted.